**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

KYISHA JONES,

        Plaintiff,                Case No. 2:17cv11530
                                              Hon. Denise Page Hood

v

UNITED STATES DEPARTMENT
OF AGRICULTURE, *et al.*,

        Defendant
_____/

**ORDER OF DISMISSAL, WITH PREJUDICE**

The parties having met and discussed this matter and having into an agreement to resolve their differences,

IT IS ORDERED that this case is dismissed, with prejudice, each party to bear their own costs.

Dated: July 11, 2018                      s/Denise P. Hood
                                                  HON. DENISE PAGE HOOD
                                                  UNITED STATES DISTRICT COURT

## STIPULATION

The parties, through their undersigned counsel, hereby consent to the dismissal of this case, with prejudice, each party to bear their own costs.

| | |
|---|---|
| MATTHEW SCHNEIDER<br>United States Attorney | ADAM G. TAUB & ASSOCIATES<br>CONSUMER LAW GROUP, PLC |
| By: *s/Jacqueline M. Hotz*<br>JACQUELINE M. HOTZ (P35219)<br>Assistant US Attorney<br>211 W. Fort, Ste 2001<br>Detroit MI 48226<br>Phone: (313)26-9108<br>Email: jackie.hotz@usdoj.gov | By: *s/Adam G. Taub (w/consent jmh 7/10/18*)<br>ADAM G. TAUB (P48703)<br>Counsel for Defendants<br>17200 West 10 Mile Rd, Suite 200<br>Southfield, MI 48075<br>Phone: (248)746-3790<br>Email: adamgtaub@clgplc.net |